1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| FRANCISCO JAVIER BUSTILLOS, ) | No. CV 13-1389-AB (AS) |

11

                )
             Petitioner, )

12

                )
          v.            )         **JUDGMENT**

13

                )
GREGORY LEWIS, Warden,     )

14

                )
            Respondent.    )

15

                )
_____ )

16
17
18

     Pursuant to the Order Accepting Findings, Conclusions and

19

Recommendations of United States Magistrate Judge,

20
21

     IT IS ADJUDGED that the Petition is denied and dismissed with

22

prejudice.

23
24

     DATED: April 16, 2015

25
26

                          _____
                            ANDRÉ BIROTTE JR.
                    UNITED STATES DISTRICT JUDGE

27
28